Argued April 23, affirmed April 23, 1971

STATE OF OREGON, *Respondent, v.*
JOHN LEON HAND, *Appellant.*

483 P2d 821

*Oscar D. Howlett,* Portland, argued the cause and filed the brief for appellant.

*Jacob B. Tanzer,* Solicitor General, Salem, argued the cause for respondent. With him on the brief was Lee Johnson, Attorney General, Salem.

Before SCHWAB, Chief Judge, and FOLEY and FORT, Judges.

AFFIRMED FROM THE BENCH.